SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
MARCO A. BOCCATO, OSB #103437
Assistant United States Attorney
Marco.Boccato@usdoj.gov
310 West Sixth Street
Medford, OR   97501
Telephone:   (541) 776-3564
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | 1:20-CR-00260-AA |
|---|---|
| v. | MOTION TO AMEND THE PRELIMINARY ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT NATHAN DANIEL PERKINS |
| SHANNON CHRISTOPHER HARROP et. al, | |
| Defendants. | |

The United States of America moves this court to amend the Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant Nathan Perkins entered pursuant to Rule 32.2, to correct the following clerical errors.   Nathan Perkins pleaded guilty to Counts 1 and 2 of a Superseding Information instead of an Indictment.   Additionally, the Glock 12GEN4 Pistol CAL:40 listed in the original preliminary order of forfeiture should be identified as a Glock 23GEN4 Pistol CAL:40.

Therefore, the United States of America is submitting an Amended Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant Nathan Perkins, requesting that the following assets be forfeited:

**Motion to Amend the Preliminary Order of Forfeiture**                                Page  1

(a) PAS12 Shotgun CAL:12 and

(b) Glock 23GEN4 Pistol CAL:40.

| | |
|---|---|
| Dated: **November 29, 2021.** | Respectfully submitted, |
| | SCOTT ERIK ASPHAUG,<br>Acting United States Attorney |
| | *s/ Marco A. Boccato*<br>**MARCO A. BOCCATO**<br>Assistant United States Attorney |